ANNIE C. PELL et al., Respondents, *v.* THE MANHATTAN RAILWAY COMPANY et al., Appellants, et al.

*Pell* v. *Manhattan R. Co.*, 87 Hun, 621, affirmed.
(Argued April 22, 1898; decided May 10, 1898.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the first judicial department, entered June 27, 1895, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Arthur O. Townsend* and *Julien T. Davies* for appellants.

*E. W. Tyler* and *Edward A. Hibbard* for respondents.

Judgment and order affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting.